UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Animal Legal Defense Fund; and
Lockwood Animal Rescue Center,

        Plaintiffs,

v.

Fur-Ever Wild; Wolves, Woods &
Wildlife; and Teresa Lynn Petter,

        Defendants.

Case No. 17-cv-4496 (JNE/HB)
ORDER

On April 12, 2018, Plaintiffs in the above-entitled matter submitted a Motion to Enforce Court Order and for Emergency Injunctive Relief. A telephonic hearing was held on April 13, 2018. For the reasons set forth during that hearing, the Court denies Plaintiffs' motion. The Court also modifies its January 8, 2018 Order in this matter as follows: Adequate notification as required under Paragraph 2 of the Order requires Defendants to provide information identifying any transferee facility or facilities either to Plaintiffs or to this Court under seal.

Therefore, IT IS ORDERED THAT:

1. Plaintiffs' Motion to Enforce Court Order and for Emergency Injunctive Relief [ECF No. 49] is DENIED.

2. The Court's January 8, 2018 Order [ECF No. 45] is MODIFIED as set forth above.

Dated: April 13, 2018          **<u>/s/ Joan N. Ericksen</u>**
                                                        JOAN N. ERICKSEN
                                                        United States District Judge