## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Animal Legal Defense Fund; and Lockwood Animal Rescue Center, | **Case No. 17-cv-4496** |
| Plaintiffs, | |
| v. | **JOINT MOTION REGARDING CONTINUED SEALING** |
| Fur-Ever Wild; Wolves, Woods & Wildlife; and Teresa Lynn Petter, | |
| Defendants. | |

**Joint Motion Regarding Continued Sealing**

Documents have been filed under temporary seal in connection with the following motion: Plaintiffs' Motion to Strike Errata Sheet (ECF No. 147).

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing. Parties agree that the documents filed in this case with ECF numbers 149, 152, 154, and 156 should be unsealed because Defendants have voluntarily removed the protective designation from Mr. Shimp's deposition.

1

| DKT. NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| 149 | Plaintiffs' Memorandum in Support of Motion to Strike Errata Sheet | | X | | | The memorandum was initially sealed because Mr. Shimp's deposition was designated *attorneys eyes only*. It should be unsealed because Defendants have voluntarily removed the protective designation from Mr. Shimp's deposition. |
| 152 | Adam Shimp's Deposition Transcript | | X | | | The transcript should be unsealed for the reason stated above. |
| 154 | Adam Shimp's Original Errata Sheet | | X | | | The sheet should be unsealed for the reason stated above. |
| 156 | Adam Shimp's Amended Errata Sheet | | X | | | The sheet should be unsealed for the reason stated above. |

2

Respectfully submitted,

DATE: March 13, 2019             /s/ Alene Anello
                                 Alene Anello (CA Bar No. 316387)
                                 Christopher Berry (CA Bar No. 283987)
                                 *Admitted Pro Hac Vice*
                                 cberry@aldf.org
                                 aanello@aldf.org
                                 ANIMAL LEGAL DEFENSE FUND
                                 525 E. Cotati Ave.
                                 Cotati, CA 94931
                                 T: (707) 795-2533 ext. 1041
                                 F: (707) 795-7280

                                 Anthony T. Eliseuson (MN Bar No. 0335630)
                                 aeliseuson@aldf.org
                                 ANIMAL LEGAL DEFENSE FUND
                                 1755 W. Roscoe Street, Unit 3
                                 Chicago, Illinois 60657
                                 T: (707) 795-2533
                                 F: (707) 795-7280

                                 **Attorneys for Plaintiffs**

DATED: March 19, 2019            */s/ Jayne. E. Esch*
                                 Jayne E. Esch, #0399215
                                 Gary R. Leistico, #02448X
                                 1015 W. St. Germain St., Suite 300
                                 P.O. Box 1497
                                 St. Cloud, MN  56302-1497
                                 (320) 251-6700
                                 (320) 656-3500 fax
                                 Email: jesch@rinkenoonan.com
                                 Email: gleistico@rinkenoonan.com

                                 **Attorneys for Defendants**