UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Animal Legal Defense Fund; and
Lockwood Animal Rescue Center,   Case No. 0:17-cv-4496 JNE/HB

                Plaintiffs,

vs.

Fur-Ever Wild; Wolves, Woods &   **DEFENDANTS' MOTION FOR**
Wildlife; and Teresa Lynn Petter,   **SUMMARY JUDGMENT**

                Defendants.

Pursuant to Federal Rule of Civil Procedure 56, District of Minnesota Local Rule 7.1, and the Court's Pretrial Scheduling Order and amendments, Defendants hereby move the Court for summary judgment.

This motion is based on the record, files, and proceedings herein, defendants' memorandum filed concurrently with this motion, and the supporting declarations together with all accompanying exhibits and supporting documents.

A hearing date has been obtained from the District Court Judge's courtroom deputy (June 13, 2019). The date for submission of the responsive brief is 21 days from the date of filing this motion or by April 12, 2019. The reply brief will be due 14 days after that day, or by April 26, 2019.

Dated: March 22, 2019						RINKE NOONAN

*/s/ Gary R. Leistico*
Gary R. Leistico, #02448X
Jayne E. Esch, #0399215
1015 W. St. Germain St., Suite 300
P.O. Box 1497
St. Cloud, MN  56302-1497
(320) 251-6700
Email: gleistico@rinkenoonan.com;
jesch@rinkenoonan.com
**Attorneys for Defendants**