UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Animal Legal Defense Fund; and
Lockwood Animal Rescue Center,

Plaintiffs,

vs.

Fur-Ever Wild; Wolves, Woods &
Wildlife; and Teresa Lynn Petter,

Defendants.

Case No. 0:17-cv-4496 JNE/HB

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Animal Legal Defense Fund and Lockwood Animal Rescue Center and Defendants Fur-Ever Wild, Wolves Woods & Wildlife, and Teresa Lynn Petter, by and through the undersigned counsel, that the above-entitled action be dismissed with prejudice and without any costs, attorneys' fees, or disbursements to any party.

Respectfully submitted,

1

| | |
|---|---|
| DATE: December 17, 2019 | /s/ Christopher Berry |

Christopher Berry (CA Bar No. 283987)
Alene Anello (CA Bar No. 316387)
*Admitted Pro Hac Vice*
cberry@aldf.org
aanello@aldf.org
ANIMAL LEGAL DEFENSE FUND
525 E. Cotati Ave.
Cotati, CA 94931
T: (707) 795-2533 ext. 1041
F: (707) 795-7280

Tessa Mansfield Hirte (MN Bar No. 0396591)
tmansfield@foleymansfield.com
Foley & Mansfield
250 Marquette Avenue, Suite 1200
Minneapolis, MN 55401
T: (612) 338-8788

Anthony T. Eliseuson (MN Bar No. 0335630)
aeliseuson@aldf.org
ANIMAL LEGAL DEFENSE FUND
1755 W. Roscoe Street, Unit 3
Chicago, Illinois 60657
T: (707) 795-2533
F: (707) 795-7280

Jessica Blome (MO Bar No. 59710)
*Admitted Pro Hac Vice*
jblome@greenfirelaw.com
Greenfire Law, PC
2550 Ninth Street, Suite 204B
Berkeley, CA 94710
T: (510) 900-9502

**Attorneys for Plaintiffs**

2

DATE: December 16, 2019

                                    RINKE NOONAN

*/s/ Gary R. Leistico*
Gary R. Leistico, #02448X
Jayne E. Esch, #0399215
1015 W. St. Germain St., Suite 300
P.O. Box 1497
St. Cloud, MN  56302-1497
(320) 251-6700
(320) 656-3500 fax
Email: gleistico@rinkenoonan.com
Email: jesch@rinkenoonan.com

**Attorneys for Defendants**